Aaron Rose and Esther Rose, Respondents, v. Fannie Adler, Appellant. — Judgment affirmed, with costs.   (See *Turner* v. *Howard*, 10 App. Div. 555, as to legal effect of the recitals as to consideration in the deed of Lud-

low to Timoney.). Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.